IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TOUA THAO,

    Plaintiff,

v.

THE BOARD OF REGENTS OF THE
UNIVERSITY OF WISCONSIN
SYSTEM and UNIVERSITY OF
WISCONSIN SUPERIOR,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 17-cv-733-bbc

This action came before the court for consideration with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants The Board of Regents of the University of Wisconsin System and University of Wisconsin Superior against plaintiff Toua Thao dismissing the case.

| | |
|---|---|
| s/ J. Smith, Deputy Clerk | 11/20/2018 |
| Peter Oppeneer, Clerk of Court | Date |